```
 1  J. Flores Valdez, Esq. (SBN 177675)
    Abundio D. Marapao, Esq. ( SBN 236818)
 2  BUNAGAN, MARAPAO & ASSOCIATES, LLP
    3540 Wilshire Bl.  Penthouse One
 3  Los Angeles, CA 90010
    Tel. (213) 381-5740
 4  Fax  (213) 381-7280
 5
 6  Attorneys for Defendant ROD DE ANDAL
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11
12  J & J Sports Productions, Inc.    Case No.: CV 08-0326 WDK-FMO
13              Plaintiff,
14      vs.                           MANIFESTATION / NOTICE OF
15  Rod V. De Andal (erroneously      SETTLEMENT
16  sued as Rod Deandal),
17  individually and dba Bistro
18  Manila,
19              Defendants.
20
21
22      Defendant ROD V. DE ANDAL, by and through his counsels,
23  hereby manifests that, the instant action being at-issue, and
24  all parties having discussed settlement pursuant to the Court's
25  Order, a SETTLEMENT has been reached by and between the parties
26  and counsel hereto.
27      A STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT as
28  against defendant Rod V. De Andal, individually and dba Bistro
```

- 1 -

Manila, pursuant to Federal Rules of Civil Procedure 41 (a) (1) will be filed within thirty (30) days from the date of this manifestation.

Dated:    February 24, 2009

                    **BUNAGAN, MARAPAO & VALDEZ, LLP**
                    Counsel for Defendant

                    By:

                    _____
                    ABUNDIO D. MARAPAO, ESQ.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 years and not a party to the action. My business address is 3540 Wilshire Boulevard Suite PH 1 Los Angeles, California 90010.

On February 27, 2009 I served the foregoing document described as:

MANIFESTATION / NOTICE OF SETTLEMENT RE: J & J SPORTS PRODUCTIONS, INC., vs. ROD V. DE ANDAL, ET AL.

on the following interested parties in this action by placing a copy of the document thereof enclosed in a sealed envelope, addressed as follows:

Thomas P. Riley, Esq.
Law Offices of Thomas P. Riley
1114 Fremont Avenue
South Pasadena, CA 91030

By Mail: I caused such envelope with postage thereon fully prepaid, to be placed in the United States Mail in Los Angeles, CA.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Dated: February 27, 2009

ANNA ATANACIO