Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Rod Virtusio Deandal, et al., <br><br> Defendants. | CASE NO. CV 08-0326 WDK-FMO <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ELY DELACRUZ AYAO, individually and d/b/a BISTRO MANILA |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ELY DELACRUZ AYAO, individually and d/b/a BISTRO MANILA, that the above-entitled action is hereby dismissed **with prejudice** against ELY DELACRUZ AYAO, individually and d/b/a BISTRO MANILA and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///
///
///
///

STIPULATION OF DISMISSAL
CV 08-0326 WDK-FMO
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 25, 2010

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: Jan 27, 2010

LAW FIRM OF MITCHELL V. BUSHIN
By: Mitchell V. Bushin
Attorneys for Defendant
Ely Delacruz Ayao, individually and
d/b/a Bistro Manila

///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 25, 2010, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ELY DELACRUZ AYAO, individually and d/b/a BISTRO MANILA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Mitchell V. Bushin, Esquire       Attorneys for Defendant
LAW FIRM OF MITCHELL V. BUSHIN
15055 SHERMAN WAY, UNIT A
Van Nuys, CA 91405

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 25, 2010, at South Pasadena, California.

Dated: January 25, 2010

_____
INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 08-0326 WDK-FMO
PAGE 3